NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEITH RENARD LONG,                    )
                                      )
        Appellant,                    )
                                      )
v.                                    )          Case No. 2D19-4793
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____ )

Opinion filed September 30, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Keith Renard Long, pro se.

PER CURIAM.

            Affirmed.

NORTHCUTT, LUCAS and ATKINSON, JJ., Concur.